**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **Speech Transcription, LLC**,<br><br>Plaintiff,<br><br>vs.<br><br>**Securonix, Inc.**,<br><br>Defendant. | Civil Case No. 3:25-cv-1165<br><br>**JURY TRIAL DEMANDED** |

**MOTION TO TRANSFER CASE UNDER 28 U.S.C. 1404(a)**

Plaintiff Speech Transcription, LLC hereby moves the Court pursuant to 28 U.S.C. § 1404(a) to transfer this case to the United States District Court for the Eastern District of Texas, Sherman Division. This motion is being brought prior to service of the Complaint on the Defendant in order to correct an error in the Defendant's address which affects the proper venue for this case.

The Complaint, filed on May 8, 2025, alleges in paragraph 2 that Defendant has a place of business at 5080 Spectrum Drive, Addison, Texas 75201, which is in the Northern District of Texas. (ECF #1) However, Plaintiff became aware that Defendant's current address is 7700 Windrose Avenue, Suite #G300 Plano, Texas 75024. This is the

address recited in the proposed summons (Dkt. 1-4) attached to the Complaint. The Plano address places Defendant within the boundaries of the United States District Court for the Eastern District of Texas, Sherman Division.

The venue statute at 28 U.S.C. § 1404(a) states that "[f]or the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought or to any district or division to which all parties have consented." The Eastern District of Texas, Sherman Division qualifies under this statute as a "district or division where [the action] might have been brought." Plaintiff submits that it is in the interest of justice to transfer the case to the Eastern District of Texas so that the case can proceed from the outset in the correct venue, based on Defendant's correct address.

Plaintiff has not yet served the Defendant with the Summons and Complaint, and there will be no prejudice to the Defendant if the case is transferred. Moreover, by transferring the case now, Plaintiff can request an updated summons issued by the Eastern District of Texas, which summons can be served on the Defendant.

Dated: May 27, 2025

Respectfully submitted,

/s/ Benjamin Deming

Benjamin Deming
TX 24091778
**DNL ZITO**
3232 McKinney Ave, Suite 500
Dallas, Texas 75204
214-799-1145
bdeming@dnlzito.com

Joseph J. Zito
**DNL ZITO**
1250 Connecticut Ave NW – Suite 700
Washington, DC 20036
202-466-3500
jzito@dnlzito.com

Stephen M. Lobbin (pro hac vice TBD)
**SML AVVOCATI P.C.**
888 Prospect Street, Suite 200
San Diego, California 92037
Tel: 949.636.1391
sml@smlavvocati.com

*Attorneys for Plaintiff*

**Certificate of Conference**

Pursuant to LR 7.1(a), Plaintiff states that Defendant has not been served and no counsel for Defendant has appeared in the case. Accordingly, a pre-filing conference is not possible.

/s/ Benjamin Deming
Benjamin Deming
TX 24091778
**DNL ZITO**
3232 McKinney Ave, Suite 500
Dallas, Texas 75204
214-799-1145
bdeming@dnlzito.com